UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   UNITED STATES OF AMERICA,

       -against-

   WALTER LUSTER

                                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -CR-  626 ( )

Defendant _____WALTER LUSTER_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or __X_ teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

__X_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__   Bail/Detention Hearing

__X_   Conference Before a Judicial Officer


 /s/ Walter Luster by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

WALTER LUSTER
Print Defendant's Name

_____
Defendant's Counsel's Signature

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

  12/1/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge